**EARL McMILLIAN, Inc., and Noel Spratlin, Appellants, v. Conway F. SCRUGGS.**

No. 14047.

United States Court of Appeals
Eighth Circuit.

Feb. 15, 1950.

John M. Harrison and C. Alston Jennings, Little Rock, Ark., for appellants.

Willis V. Lewis, Little Rock, Ark., James C. Cole, Malvern, Ark., and A. L. Barber, Little Rock, Ark., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on joint motion of counsel for the respective parties.

**Oria Franklin BROWN, Jr., v. SEARS, ROE-BUCK & CO., a corporation.**

No. 4018.

United States Court of Appeals.
Tenth Circuit.

Jan. 23, 1950.

J. B. Dudley and Paul Dudley, Oklahoma City, Okl., and K. B. Kienzle and C. H. Tankersley, Shawnee, Okl., for appellant.

Coleman Hayes, Oklahoma City, Okl., for appellee.

Before BRATTON, HUXMAN and PICKETT, Circuit Judges.

PER CURIAM.

Appeal dismissed January 23, 1950, on motion of appellee.

**Jacqueline DADOUNE, Appellant, v. Robert E. TAYLOR et al., Appellees.**

No. 10859.

United States Court of Appeals
Sixth Circuit.

Feb. 1, 1950.

George N. Kalkas, Cleveland, Ohio, Sol R. Friedman, I. S. Friedman, James A. Geroulis, Chicago, Ill., for appellant.

C. Craig Spangenberg, Cleveland, Ohio, for appellees.

Before HICKS, Chief Judge, and MARTIN and McALLISTER, Circuit Judges.

PER CURIAM.

It appearing to the Court that no steps have been taken in this case since March 2, 1949;

It is now ordered, upon the Court's own motion, that the appeal herein be and the same is dismissed for want of prosecution, unless an application to re-instate the appeal is made within thirty days from this date.

**Eddy D. FIELD and Helen Field, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 12308.

United States Court of Appeals
Ninth Circuit.

March 1, 1950.

Rehearing Denied April 4, 1950.

George Bouchard, Los Angeles, Cal., for petitioner.

Theron Lamar Caudle, Asst. Atty. Gen., Ellis N. Slack, A. F. Prescott, Edward J. P. Zimmerman and Irving I. Axelrad, Sp. Assts. to Atty. Gen., for respondent.

Before DENMAN, Chief Judge, and BONE and ORR, Circuit Judges.

PER CURIAM.

The judgment is affirmed upon the opinion of Judge Arundell of the Tax Court of the United States, reported 8 T. C. M. 170, Par. 49,043 P-H Memo. T. C. (1949).